**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Richard Brown TAUMOEPEAU,**
**a.k.a. Haumeti, a.k.a. Tiki,**
**Defendant-Appellant.**

**No. 16-10301**

United States Court of Appeals,
Ninth Circuit.

Submitted April 11, 2017 *

Filed April 24, 2017

Marshall H. Silverberg, Assistant U.S. Attorney, DOJ—Office of the US Attorney, Honolulu, HI, for Plaintiff-Appellee

Salina Kanai Althof, Assistant Federal Public Defender, FPDHI—Federal Public Defender's Office (Honolulu), Honolulu, HI, for Defendant-Appellant

Before: GOULD, CLIFTON, and HURWITZ, Circuit Judges.

MEMORANDUM *

Richard Brown Taumoepeau appeals from the district court's order granting in part his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Taumoepeau contends that the district court abused its discretion by denying him a further sentence reduction under Amendment 782 to the Sentencing Guidelines. As an initial matter, we reject the government's argument that this appeal is untimely. *See* Fed. R. App. P. 4(b)(4). Turning to the merits, we conclude that the district court acted within its discretion when, after considering the nature of Taumoepeau's offense and his post-sentencing rehabilitation, it reduced Taumoepeau's sentence from 480 to 345 months. *See* U.S.S.G. § 1B1.10 cmt. n.1(B); *United States v. Lightfoot*, 626 F.3d 1092, 1095-96 (9th Cir. 2010). Moreover, contrary to Taumoepeau's contention, the record reflects that the district court followed the procedure set forth in *Dillon v. United States*, 560 U.S. 817, 130 S.Ct. 2683, 177 L.Ed.2d 271 (2010).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.